LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Plaintiff
"TRUST A" MARITIME LIMITED

08 CV 4987

RECEIVED
MAY 30 2008
U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
"TRUST A" MARITIME LIMITED,

                    Plaintiff,

     - against -

CLEARLAKE SHIPPING LTD. BVI,

                    Defendant.
----------------------------------------------------------------X

ECF CASE

08 Civ.     (     )

## RULE 7.1 DISCLOSURE STATEMENT

     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Kirk M. Lyons, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for plaintiff "TRUST A" MARITIME LIMITED, certifies upon information and belief that said plaintiff is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of plaintiff which are otherwise publicly held in the United States.

Dated: May 30, 2008

                              LYONS & FLOOD, LLP
                              Attorneys for Plaintiff
                              "TRUST A" MARITIME LIMITED

              By: _____
                      Kirk M. Lyons (KL-1568)
                      65 West 36th Street, 7th Floor
                      New York, New York 10018
                      (212) 594-2400

U:\kmhldocs\2643002\Legal\Rule 7.1.doc