Michael J. Frevola
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
(212) 513-3200

ATTORNEYS FOR DEFENDANT
CLEARLAKE SHIPPING LTD. BVI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| "TRUST A" MARITIME LIMITED,<br><br>Plaintiff,<br><br>-against-<br><br>CLEARLAKE SHIPPING LTD. BVI,<br><br>Defendant. | 08 Civ. 4987 (RJS)<br><br>**CORPORATE DISCLOSURE STATEMENT IN ACCORDANCE WITH RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

I, Lissa D. Schaupp, attorney for Defendant Clearlake Shipping Ltd. BVI ("Clearlake"), having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

Clearlake is a privately owned company and is not publicly traded. It does not have any corporate parents and no company owns more than 10% of its stocks or shares.

Dated:   New York, New York
         June 18, 2008

                                            HOLLAND & KNIGHT LLP

                                    By:     _____
                                            Michael J. Frevola
                                            Lissa D. Schaupp
                                            195 Broadway
                                            New York, NY 10007-3189
                                            Tel:  (212) 513-3200
                                            Fax:  (212) 385-9010

                                            *Attorneys for Defendant*
                                            *Clearlake Shipping Ltd. BVI*