Sullivan, J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/21/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
"TRUST A" MARITIME LIMITED,

                     Plaintiff,

      - against -

CLEARLAKE SHIPPING LTD. BVI,

                     Defendant.
---------------------------------------------------------------X

**ECF CASE**

08 Civ. 4987 (RJS)

## STIPULATION AND RELEASE ORDER

WHEREAS, plaintiff filed this action against CLEARLAKE seeking an order from this Court directing the Clerk of Court to issue Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty or Maritime Claims and Asset Forfeiture Actions;

WHEREAS, on June 3, 2008, garnishee BNP Paribas acting pursuant to the Ex Parte Order for Process of Maritime Attachment and Garnishment and the Process of Maritime Attachment and Garnishment restrained and attached funds in the total amount of $313,511.53;

WHEREAS, CLEARLAKE has provided plaintiff with a Letter of Guarantee issued by defendant's bank, BNP Paribas, in the amount of $313,511.53, as alternate security for the funds under restraint and attachment at BNP Paribas;

IT IS HEREBY STIPULATED AND AGREED, between plaintiff, "TRUST A" MARITIME LIMITED, and defendant, CLEARLAKE SHIPPING LTD. BVI ("CLEARLAKE"), by and through their undersigned attorneys that:

    (a) the Ex Parte Order for Process of Maritime Attachment and Garnishment be and hereby is vacated;

(b) the funds under attachment at BNP Paribas be and hereby are to be released by BNP Paribas pursuant to joint instructions to be provided by letter and/or e-mail from the undersigned counsel; and

(c) after the funds are released by BNP Paribas, the action be dismissed without prejudice and without costs to any party.

| | |
|---|---|
| LYONS & FLOOD, LLP<br>Attorneys for Plaintiff,<br>"TRUST A" MARITIME LIMITED | HOLLAND & KNIGHT, LLP<br>Attorneys for Defendant<br>CLEARLAKE SHIPPING LTD. BVI |
| By: *Kirk M. Lyons*<br>Kirk M. Lyons<br>65 West 36th St., 7th Floor<br>New York, NY 10018<br>Tel: (212) 594-2400<br>Telefax: (212) 594-4589 | By: *Michael J. Frevola*<br>Michael J. Frevola<br>Lissa D. Schaupp<br>195 Broadway<br>New York, NY 10007<br>Tel: (212) 513-3200<br>Telefax: (212) 385-9010 |
| Dated: July 18, 2008 | Dated: July 18, 2008 |

Dated: July 18 2008
New York, New York

SO ORDERED:

_____
Honorable Richard J. Sullivan, U.S.D.J.

# 5486532_v1

- 2 -